```
U.S. DISTRICT COURT - N.D. OF N.Y.
            FILED
          JAN 1 8 2019
AT          O'CLOCK
   John M. Domurad, Clerk - Utica
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHANNON MORRIS, an individual,
MELISSA LEE, an individual, and
KEVIN RAFFERTY, an individual.

           Plaintiffs,

-against-

Civil Case No.: 1:16-CV-164
(DNH/DJS)

NEW YORK STATE POLICE,
MARGARET NANCY POULIN, individually and in her official
capacity as New York State Police Captain,
TIMOTHY MUNRO, individually and in his official
capacity as New York State Police Major,
JULIE A. PIZZIKETTI, individually and in her official
capacity as Director of Biological Science,
New York State Police Forensic Investigation Center,
RAY WICKENHEISER, individually and in his official
capacity as Director, Crime Lab System, New York State
Police Forensic Investigation Center
SUPERINTENDENT JOSEPH D'AMICO, individually and in his official capacity as
Superintendent of the New York State Police; and
STEVE HOGAN individually and in his official capacity as
First Deputy Counsel of the New York State Police,

           Defendants.

## STIPULATION OF DISCONTINUANCE

***IT IS HEREBY STIPULATED AND AGREED,*** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued pursuant to Fed.

R. Civ. P. 41(a), at Plaintiffs' request, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Jan 8, 2019

Bailey, Johnson & Peck, P.C.

By: _____
John W. Bailey
Bar Roll No.: 101069
*Attorneys for Plaintiffs*
5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205
(518) 456-0082

Dated: January 17, 2019

Office of the Attorney General of the State of New York

By: _____
Shannan C. Krasnokutski
Bar Roll No. 512932
*Assistant Attorney General, Of Counsel*
*Attorney for Defendants, New York State Police, Margaret Nancy Poulin, Timothy Munro, Julie Pizziketti, Ray Wickenheiser, Joseph D'Amico and Steve Hogan*
The Capitol
Albany, New York 12224-0341
Tel.: (518) 776-2606

So Ordered!

_____
Dated: January 18, 2019

2